GEORGE J. ATWELL CO., INC., v. C. F. SEABROOK COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

NELLIE LYTWYN v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

STEINKLEIN FURNITURE CO., INC., v. SIMON BLOOM and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ARTHUR TARRANCE v. CHINA MUTUAL STEAM NAVIGATION COMPANY, LTD.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ANNA MAE STENGLEN v. FLORENCE GARNETTE, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of ADA W. PUTNAM, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of J. MARKHAM MARSHALL and Others for an Order Directing that Arbitration Provided for in a Certain Contract in Writing Entered into between the Petitioners and Fox THEATRES CORPORATION Proceed Pursuant to Arbitration Law.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN MARINO and EQUITABLE CASUALTY AND SURETY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK C. INMAN v. CREDIT DISCOUNT CORPORATION OF AMERICA and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EIDINGER & HAGER, INC., v. FRANK H. ADAMS, Doing Business, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MIAMI BEACH BANK AND TRUST COMPANY v. CLARENCE P. GOLDBERG and Others, as Executors, etc., and Another.— Motion granted, appeal reinstated and order entered October 31, 1930, vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ISIDORE LEVY v. BOUTAY PRODUCTS CO., INC., and Others. DOROTHY STRAUS, Receiver.— Motion denied, without prejudice to a motion at Special Term for resettlement of the order appealed from. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of GEORGE F. CANFIELD for a Determination as to the Validity, Construction or Effect of Disposition of the Property Contained in the Last Will and Testament of ALBERT W. CANFIELD, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FREDERICK C. INMAN v. CREDIT DISCOUNT CORPORATION OF AMERICA and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY FLIEGLER v. SEDGWICK HOLDING CORPORATION and Others. BAGDAD

TRADERS, INC., v. JOSEPH SHANSKE and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GOLRAN REALTY CORPORATION and Another v. JAMES BUTLER GROCERY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MILLER-ASCHHEIM CO., INC., v. DALTON & BALCH, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRENE COLLINS v. H. P. WRIGHT & COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN PATRICK WALSH v. JOHN T. KERESEY. FRANK J. MACRE, as Executor, etc., of JOHN T. KERESEY, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR A. SEIDMAN v. MOUNT HOPE FINISHING COMPANY.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JENNIE FRANK and Another v. HARTFORD ACCIDENT AND INDEMNITY COMPANY. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BERTHA KADEN v. BLUE RIDGE COAL CORPORATION and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELI BERMAN CO., INC., v. 721 FIFTH AVENUE CORPORATION and Another, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

DUFFIELD & COMPANY v. ELMER ELLSWORTH, JR., Also Known as TIFFANY THAYER, and Others, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MARTHA S. MEDARIS v. J. CANBY MORGAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

SARAH WEISMAN v. NATHAN SOCOL and Another, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

CLARENCE H. FAY and Another, as Substituted Trustees, etc., v. ANNE F. MOEHLENPAH.— Motion granted, with leave to plaintiffs to reply within twenty days from date of order. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

WINFIELD R. SHEEHAN v. WILLIAM FOX.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

EUGENIA B. McCREERY v. EARL WILLIAM McCREERY.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VIRGINIA HARRISON GROSS v. CHRISTIAN GROSS and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

HARRY RITTNER and Another v. LOUIS M. KOMMEL and Another, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ARMSTRONG BROS., INC., v. RAYMOND RUBIN. JOHN J. REYNOLDS v. THE